UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LANIE L. GRIFFTHS

    VS                                     CASE NO. 5:05cv94-RH

JO ANNE B. BARNHART

## REFERRAL AND ORDER

The **unopposed** motion/pleading was filed by plaintiff on 09/22/2005 (document #13), and referred to Magistrate Judge William C. Sherrill on 09/23/2005.

Summary of motion/pleading: MOTION TO DISMISS

WILLIAM M. MCCOOL, CLERK OF COURT

_s/ Valerie Rhaburn_
DEPUTY CLERK

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 26th day of September, 2005, the requested relief is **GRANTED.** The clerk shall administratively close this file.

_S/ William C. Sherrill_
UNITED STATES MAGISTRATE JUDGE